UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Case No. 8:16-cv-2958-T-30-JSS
:
WILLIAM ATHAN, :
:
    Defendant. :

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of the Related Case Order and Track Two Notice and the Notice of Pendency of Other Actions have been sent this 28th day of November, 2016, by first-class mail to the following:

    William Athan
    Register No. 17600-014
    FPC PENSACOLA
    110 Raby Avenue
    Pensacola, FL   32509

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

By:   s/ Kathy J.M. Peluso
    Assistant United States Attorney
    USAO No. 053
    Financial Litigation Unit-WMF
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone:   (813) 274-6023
    Facsimile:   (813) 301-3103
    E-Mail:   FLUDocket.mailbox@usdoj.gov