**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               Case No: 8:16-cv-2958-T-30JSS

WILLIAM ATHAN,

    Defendant.

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Summary Judgment and Award of Attorney's Fees and Costs (Dkt. #12) and Plaintiff's Amended Motion for Entry of Default Final Judgment of Foreclosure (Dkt. #13). Upon review and consideration, the Court determines that Plaintiff needs to file a motion for entry of final judgment of foreclosure that points to the record evidence establishing the appropriateness of foreclosure under these circumstances, that explains the court's jurisdiction, that contains a memorandum of law discussing the legal basis for foreclosing under these circumstances, that discusses whether any homestead exemption issue exists to preclude foreclosure, and that addresses whether the subject property is owned by anyone else who may have an interest in the property. The motion must also attach a proposed final judgment of foreclosure that contains all of the foreclosure details as required under Florida law. Accordingly, it is

    ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Summary Judgment and Award of Attorney's Fees and Costs (Dkt. #12) and Plaintiff's Amended Motion for Entry of Default Final Judgment of Foreclosure (Dkt. #13) are denied without prejudice.

2. Plaintiff is directed to file an appropriate motion in accordance with the directives listed herein within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record